1  **ORD**
   EDWARD S. COLEMAN, ESQ.
2  Nevada Bar No. 000601
   C. ANDREW WARINER, ESQ.
3  Nevada Bar No. 003228
   COLEMAN LAW ASSOCIATES,
4  A Professional Law Corporation
   9708 A. Gilespie Street, Suite A-106
5  Las Vegas, NV 89183
   (702) 699-9000/Fax: (702) 699-9006
6  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER TRAN and MARTHA TRAN<br><br>Plaintiffs,<br>vs.<br><br>LIME FINANCIAL SERVICES, LTD; LITTON LOAN SERVICING LP;FIDELITY NATIONAL DEFAULT SOLUTIONS LPS; FIRST SOURCE FINANCIAL USA QUALITY LOAN SERVICE CORPORATION; LAWYERS TITLE OF NEVADA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; JULIUS BUCCICARDI; FDIC on behalf of FIRST NATIONAL BANK OF NEVADA as successor and DOES 1 through 25 and ROE Corporations 1 through 25 inclusive<br><br>Defendants. | CASE NO.:   2:09-cv-01688-LRH-GWF<br><br>STIPULATION AND ORDER FOR DISMISSAL |

In accordance with the agreement and understanding between Plaintiff and Defendants, the parties hereby stipulate that Plaintiff's Complaint shall be dismissed without prejudice, with each party bearing its own fees and costs.

///
///
///

By: /s/ Robert Kern
Robert Kern, Esq.
COLEMAN LAW ASSOCIATES
Attorney for Christopher Tran

By: /s/ Shane Jasmine Young #9457
Shane Jasmine Young, Esq.
BALLARD SPAHR LLP
Attorney for Litton Loan Servicing
and Mortgage Electronic Registration Systems, Inc.

By: /s/ Michele L. Baron
Michele L. Baron, Esq.
The Cooper Castle Law Firm
Attorney for Lime Financial Services

IT IS SO ORDERED.

Dated this _____ day of September, 2009.

_____
DISTRICT COURT JUDGE